U.S. Department of Labor
Wage and Hour Division
Receipt for Payment of Back Wages, Liquidated Damages,
Employment Benefits, or Other Compensation



I, _____Tucker, Shannon_____, have received payment of wages, liquidated damages, employment
        (typed or printed name of employee)
benefits, or other compensation due to me from _____
                                                          (name and location of the establishment)
_____7110 E. Brainer Road Chattanooga TN 37421_____

for the period beginning with the workweek ending _____08/11/2018_____ through the
workweek ending _____08/08/2020_____. The amount of the payment I received is shown below.
This payment of wages and other compensation was calculated or approved by the U.S. Department of Labor Wage and Hour
Division (WHD) and is based on the findings of a WHD investigation. This payment is required by the Act(s) indicated below in
the marked box(es):

☒ Fair Labor Standards Act ( FLSA )

Gross Amount Back Wages _____$3,008.28__ Gross Amount Liquidated Damages _____$0.00__
Legal Deductions from Back Wages ____486.13____ Other Amount Paid _____
Net Amount Received ____2522.15____                                      (please specify type)

NOTICE TO EMPLOYEE: Your acceptance of this payment of wages and/or other compensation due under the Fair Labor
Standards Act (FLSA) or Family Medical Leave Act (FMLA), based on the findings of the WHD means that you have given up the
right you have to bring suit on your own behalf for the payment of such unpaid minimum wages or unpaid overtime compensation
for the period of time indicated above and an equal amount in liquidated damages, plus attorney's fees and court costs under
Section 16(b) of the FLSA or Section 107 of the FMLA. Generally, a suit for unpaid wages or other compensation, including
liquidated damages, must be filed within two years of a violation of the FLSA or FMLA. Do not sign this receipt unless you have
actually received this payment in the amount indicated above.

RETALIATION AND KICKBACKS PROHIBITED: Your employer is prohibited from retaliating against you for accepting
payment of wages you are owed or from requiring you to return or decline payment of the wages owed to you. Your employer is
also prohibited from retaliating against any person who files a complaint with the Wage and Hour Division (WHD) or cooperates
with a WHD investigation. Your employer is also prohibited from interfering with, restraining, or denying the exercise of Family
Medical Leave Act (FMLA) rights. You should contact the WHD immediately if your employer takes any of these actions or fails
to comply with the law in the future. Your identity will be kept confidential to the maximum extent possible under existing law.
You may contact the WHD by calling 1-866-487-9243 or 601-965-4348.

Signature of employee ____Shannon Tucker____ Date __10-27-2020__
Address ____6015 Early Ln. McDonald TN. 37353____
I understand that my signature on this receipt and waiver attests to the fact that I have actually received the payment in the amount
indicated above of the wages, liquidated damages, or other compensation due to me, and that I waive my right to bring suit as
described above, and covering the period set forth above.

EMPLOYER'S CERTIFICATION TO WAGE AND HOUR DIVISION OF THE DEPARTMENT OF LABOR:
I hereby certify that I have on this (Date) ____OCT. 27, 2020____ paid the above-named
employee in full covering lost or denied wages, liquidated damages, or other compensation as stated above. I further certify that I
have not and will not retaliate against the above-named employee for accepting this payment and I have not and will not ask the
employee to return all or part of this payment to me.

Signature ____Riley Winnie____ Title __VICE PRESIDENT__
        (employer or authorized representative)

PENALTIES INCLUDING FINES OR IMPRISONMENT ARE PRESCRIBED FOR A FALSE STATEMENT
OR MISREPRESENTATION UNDER U.S. CODE, TITLE 18, SEC. 1001

Date: 10/22/2020 2:19:53 PM          Case ID: 1913081          Form WH-58 (Rev. April 2017)
                                                                               Page 1

EXHIBIT
Collective
A

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**Hullco**
Making It Better
7110 EAST BRAINERD RD.
CHATTANOOGA, TN. 37421
(423) 899-2400

**FIRST HORIZON**

87-36 / 613

**063329**

10/27/2020

PAY TO THE ORDER OF  SHANNON TUCKER    $ **2,522.15

Two Thousand Five Hundred Twenty-Two and 15/100************************************************************* DOLLARS

SHANNON TUCKER
6015 Early Lane
McDonald, TN 37353

MEMO  Pay Period: 01/01/2020 - 10/23/2020

⑆063329⑆ ⑇061300367⑇ 170965628⑈

---

HULLCO EXTERIORS   CHATTANOOGA, TN. 37421                                                063329

Employee: SHANNON L. TUCKER, 6015 Early Lane, McDonald, TN 37353
SSN: ***-**-0328
Pay Period: 01/01/2020 - 10/23/2020     Pay Date: 10/27/2020

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Bonus | | 3,008.28 | 3,008.28 | 3,008.28 |
| Vacation Pay - Production | | | 0.00 | 1,440.00 |
| Piecework | | | 0.00 | 48,773.00 |
| Holiday Pay Office | | | 0.00 | 1,008.00 |
| Piecework Bath Install Knox | | | 0.00 | 3,820.00 |
| | | | 3,008.28 | 58,049.28 |

| | Net Pay | | 2,522.15 | 42,279.03 |
|---|---|---|---|---|

| Paid Time Off | Earned | YTD Used | Available |
|---|---|---|---|
| Sick | 0:00 | | 24:00 |
| Vacation | 0:00 | 80:00 | 40:00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance (pre-tax) | 0.00 | -7,078.76 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Health Insurance-Company - Chat | 0.00 | 2,102.92 |
| Life / STD Company - Chatt | 0.00 | 179.17 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -256.00 | -4,178.00 |
| Social Security Employee | -186.51 | -3,160.17 |
| Medicare Employee | -43.62 | -739.07 |
| | -486.13 | -8,077.24 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life/AD&D | 0.00 | -140.28 |
| LTD ee pay | 0.00 | -473.97 |
| | 0.00 | -614.25 |

Hullco, Inc, 7110 East Brainerd Rd., Chattanooga, TN 37421                       Powered by Intuit Payroll